814

No. 236.  PENNSYLVANIA v. NELSON.  Supreme Court of Pennsylvania, Western District.  Certiorari granted. The Solicitor General is invited to file a brief setting forth the views of the Government.  *Frank F. Truscott,* Attorney General of Pennsylvania, *Frank P. Lawley, Jr.* and *Harrington Adams,* Deputy Attorneys General, *William F. Cercone,* Special Deputy Attorney General, *Harry F. Stambaugh* and *Albert A. Fiok* for petitioner.  *Victor Rabinowitz* for respondent.  Briefs of *amici curiae* supporting petitioner were filed by *John Ben Shepperd,* Attorney General, and *John Atchison,* Assistant Attorney General, for the State of Texas; *George Fingold,* Attorney General, and *Lowell S. Nicholson, Samuel H. Cohen* and *Fred L. True, Jr.,* Assistant Attorneys General, for the State of Massachusetts; *Latham Castle,* Attorney General, and *Grenville Beardsley, John L. Davidson, Jr.* and *William C. Wines,* Assistant Attorneys General, for the State of Illinois; and *Louis C. Wyman,* Attorney General, for the State of New Hampshire, joined by the Attorneys General of the States of Arizona, Connecticut, Florida, Georgia, Indiana, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Mississippi, Montana, Nebraska, Nevada, New Mexico, New York, North Carolina, Ohio, South Carolina, Tennessee, Virginia, Washington, and Wisconsin.

No. 95, Misc.  BOUDOIN v. LYKES BROS. STEAMSHIP CO., INC.  C. A. 5th Cir.  Certiorari granted.  *Irwin William Rosenthal* for petitioner.  *Joseph M. Rault* for respondent.

No. 42.  TILLMAN v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  *Charles B. Evins, Heber T.*